**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION**

| | |
|---|---|
| **LINDA MCKINNEY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:18-CV-00335-RLY-TAB |
| | ) |
| **SUPER BOWL PHO LLC** | ) |
| **and LEO NGUYEN** | ) |
| | ) |
| Defendants. | ) |

**DEFAULT JUDGMENT AGAINST SUPER BOWL PHO LLC AND LEO NGUYEN**

The Plaintiff, Linda McKinney, having moved for a default judgment against Defendants Super Bowl Pho LLC and Leo Nguyen, and the Court, having reviewed the motion and being duly advised in the premises, now finds that Defendants Super Bowl Pho LLC and Leo Nguyen are in default for failing to plead or otherwise defend against Plaintiff's Complaint, and that in view of the default of Defendants, JUDGMENT is hereby ENTERED IN FAVOR OF Plaintiff Linda McKinney and AGAINST Defendants Super Bowl Pho LLC and Leo Nguyen as follows:

1. JUDGMENT is hereby ENTERED IN FAVOR OF Plaintiff Linda McKinney and AGAINST Defendants Super Bowl Pho LLC and Leo Nguyen in the amount of $4,841.70; and

2. the Court further awards Plaintiff her reasonable attorney's fees and costs in the amount of $6,522.50.

**IT IS SO ORDERED** this _____ day of _____, 2019.

                                                  Judge/Magistrate Judge
                                                  United States District Court
                                                  Southern District of Indiana

Copies to:

Robert J. Hunt
rob@indianawagelaw.com

Robert F. Hunt
rfh@indianawagelaw.com

Super Bowl Pho LLC
c/o Registered Agent Leo Nguyen
112 E Main Street
Westfield, IN 4607

Leo Nguyen
112 E Main Street
Westfield, IN 46074