UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LINDA MCKINNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:18-CV-00335-RLY-TAB |
| | ) |
| SUPER BOWL PHO LLC | ) |
| and LEO NGUYEN | ) |
| | ) |
| Defendants. | ) |

I, Linda McKinney, declare under the penalty of perjury that the following statements are true and accurate, that I am over 18 years of age and otherwise competent to testify as to the matters contained herein, and that if called to testify in this matter, my testimony would be as follows:

1. I am an individual who resides in Hamilton County, Indiana.

2. Defendants own and operate a restaurant in Westfield, Hamilton County, Indiana known as Super Bowl Pho.

3. For the entirety of my employment with Defendants, I worked as a server.

4. Defendants employed me off-and-on during the three-year period prior to the filing of my original Complaint. In approximately November 2017, Defendants hired me back and I continued her work as a server.

5. When I was hired back in approximately November 2017, Defendants began paying me a salary of $400.00 per week. Defendants paid me this salary bi-weekly. Defendants promised me that after my first two months, Defendants would begin paying me a salary of $450.00 per week.

6. Since I was hired back by Defendants in approximately November 2017, I worked a set work schedule each week that totals fifty-five (55) hours worked per week.

7. I regularly worked in excess of forty (40) hours per week ("overtime hours"), but was not compensated for all overtime hours at the rate required by the FLSA. Specifically, Defendants paid me the same salary each week with no overtime premium for my fifteen (15) overtime hours worked each week.

8. Defendants knew that I regularly worked overtime hours because Defendants regularly scheduled me to work overtime hours.

9. On February 8, 2018 at approximately 11:27 a.m. and via certified mail, Leo Nguyen received service of the summons and a copy of the original Complaint at his restaurant.

10. Nguyen first learned of this action when he received service of the summons and original Complaint on February 8, 2018.

11. I was working in the restaurant on February 8, 2018 when Nguyen received service of the summons and original Complaint and personally viewed him receiving it from the mailperson.

12. Immediately upon receipt of the original Complaint on February 8, 2018, Leo Nguyen opened and reviewed the original Complaint I had filed under the FLSA for unpaid overtime wages.

13. Immediately after Leo Nguyen reviewed the original Complaint, he walked directly over to me and asked, "You're suing me?". I responded by saying,

"yes." In response, Nguyen told me that I was "stupid" for filing this action, told me my employment was terminated and demanded that I turn over her keys to the restaurant.

14. Less than five minutes after Nguyen received and read a copy of the summons and original Complaint in this FLSA action, Nguyen terminated my employment.

15. Defendants terminated my employment because I filed the instant lawsuit.

16. On February 8, 2018, Defendants retaliated against me by terminating my employment.

17. I have suffered damages as a result of Defendants' unlawful retaliation. Specifically, I was out of work for a total of 4 weeks following my termination by Defendants and therefore lost wages totaling $1,800.00.

I declare under the penalty of perjury that the foregoing is true and correct.

_____
Linda McKinney

Executed on 8/13/19