UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LINDA MCKINNEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 1:18-CV-00335-RLY-TAB |
| | ) |
| SUPER BOWL PHO LLC | ) |
| and LEO NGUYEN | ) |
| | ) |
| Defendants. | ) |

*DECLARATION OF ROBERT J. HUNT*

I, Robert J. Hunt (hereinafter "Declarant"), declare under the penalty of perjury that the following statements are true and accurate, that I am over 18 years of age and otherwise competent to testify as to the matters contained herein, and that if called to testify in this matter, my testimony would be as follows:

1. That Declarant is the attorney of record for Plaintiff Linda McKinney in this cause.

2. That in this Declaration, Declarant will provide the information necessary to evaluate a lodestar-based claim (for attorney's fees described in *Hensley v. Eckhart*, 461 U.S. 424, 103 S.Ct. 1933 (1983).

3. Declarant graduated from the Indiana University Robert H. McKinney School of Law in 2012 and was admitted to the Indiana Bar on October 15, 2012 and to the Kentucky Bar on October 19, 2015. Declarant was admitted to practice in the United States District Courts for the Southern and Northern Districts of Indiana in October 2012

and the United States District Court for the Northern District of Ohio in September 2017. Since being admitted to the Indiana Bar in 2012, Declarant has practiced almost exclusively in the area of employment law.

      4.      From January 2014 to February 2017, Declarant was an attorney with Gibbons Legal Group, P.C. where his practice focused exclusively on employment wage and hour cases. Declarant has obtained several favorable rulings on substantive motions and dispositive issues in wage and hour cases as an attorney at Gibbons Legal Group, P.C. When Declarant joined Gibbons Legal Group, P.C. in January 2014, his hourly rate was $200.00 per hour. During the time period October 1, 2014 to October 1, 2015, Declarant's hourly rate was $215.00 per hour. During the time period October 1, 2015 to October 1, 2016, Declarant's hourly rate was $230.00 an hour. During the Period October 1, 2016 to February 27, 2017, Declarant's hourly rate was $245.00. On February 28, 2017, Declarant opened his own law practice, The Law Office of Robert J. Hunt, LLC, with an hourly rate of $275.00. On October 1, 2018, Declarant increased his hourly rate to $300.00 an hour.

      5.      The following contingency fee awards have been approved by Courts in this district as "fair and reasonable" using Declarant's hourly rates at the time in the following cases: *Moreland v. Michener, et al.*, Case Number 1:18-cv-01923-JRS-DLP, Docket Nos. 10 and 11 ($275.00/hr); *Elizabeth Goodner, et al., v. ATS Medical Services, LLC, et al.*, Case No. 1:16-cv-01131-TWP-DKL, Docket Nos. 44 and 45 ($230.00 – 245.00/hr); *Courtnie Clemens, et al. v. Stericycle, Inc.*, Case Number 1:15-cv-01432-SEB-MJD, Docket Nos. 59, 61 and 63 ($215.00/hr); *Hayes et al. v. J.C. Ehrlich Co., Inc.*, Case No. 1:14-cv-01428-SEB-MJD, Docket No. 72 ($200.00/hr); *Amber Boyd, et al v.*

*Tchopstix, Inc. et al*, Case Number 1:12-cv-01547-TWP-DML, Docket Nos. 38, 52, 56, and 57 ($200.00 - $230.00); *Chris Kelly v. Skybus, LLC et al*, Case Number1:16-cv-00107-TWP-MPB, Docket Nos. 17 and 18 ($230.00/hr); *Logan C. Bazzell-Ferree, et al v. Revere Plastics Systems, LLC*, Case Number 4:15-cv-00008-DML-TWP, Docket Nos. 62 and 63 ($215.00/hr); *Elexius Corbin, et al v. Revere Plastics Systems, LLC*, Case Number 4:16-cv-00038-TWP-DML, Docket Nos. 8 and 9 ($230.00/hr).

6. On August 18, 2017 and in the matter of *Daniel L. Brown v. Presstime Graphics, Inc., et al.*, Case Number 2:13-cv-00425-WTL-MPB, Docket Nos. 138 and 223, the Court, in its Entry on Motion for Attorneys Fees and Costs following a jury verdict, approved Declarant's hourly rates ranging from $200.00 - $245.00/hr.

7. Declarant was appointed Class Counsel pursuant to FRCP 23(g) and successfully represented Rule 23(b)(3) classes of employees in the wage and hour class action in the case of *Bradley v. Menard, Inc*., Case No. 2:17-cv-00165-JMS-MJD in the United States District Court for the Southern District of Indiana, Terre Haute Division (case approved for $1,500,000 settlement).

8. That Declarant regularly pursues Fair Labor Standards Act and state law-based wage and hour claims on behalf of clients.

9. For purposes of evaluating the reasonableness of Declarant's requested attorney fee amount, Declarant attaches as Exhibit 1 his firm's itemized bill for services in this cause. To date, Declarant's law firm has incurred $6,522.50 in attorney's fees and costs in this matter. Declarant requests the following fees for work performed through August 13, 2019:

        Robert J. Hunt       16.80 hours @ $275/hr and $300/hr.  $4,972.50

|  | Robert F. Hunt | 2.80 hours @ $475/hr | $1,330.00 |
|---|---|---|---|
|  | Expenses |  | $   400.00 |
|  | **Total Attorney's Fees and Expenses** |  | **$  6,522.50** |

10. The attorney time expended on this matter was necessary and justified in this case.

11. This Declaration is provided in support of Plaintiff's Motion for Default Judgment.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 13th day of August 2019.

*Robert J. Hunt*



1905 South New Market Street, Ste 220

Carmel, IN 46032

Phone: 317-743-0614   |   Fax:

Account Statement

Prepared for Linda McKinney

Re: McKinney v. Super Bowl Pho

| | |
|---|---:|
| Previous Balance | $0.00 |
| Current Charges | $6,522.50 |
| New Balance | $6,522.50 |
| | |
| Adjustments | $0.00 |
| | |
| Payments | $0.00 |
| Now Due | $6,522.50 |
| Trust Account | $0.00 |

Exhibit 1



The Law Office of Robert J. Hunt, LLC 1905 South New Market Street, Ste 220

Carmel, IN 46032

Phone: 317-743-0614   |   Fax:

# PRE-BILL

Linda McKinney

Invoice Date: August 14, 2019
Invoice Number: Pre-bill
Invoice Amount: $6,522.50

## Matter: McKinney v. Super Bowl Pho

**Attorney's Fees**

| Date | Description | Atty | Hours | Amount |
|---|---|---|---|---|
| 2/5/2018 | Drafted Complaint | R.H. | 1.40 | $385.00 |
| 2/5/2018 | Finalized and filed initial Pleadings. | R.H. | 2.20 | $605.00 |
| 2/6/2018 | Prepared and mailed complaint and summons to Defendant. | R.H. | .30 | $82.50 |
| 2/6/2018 | Text message to client. | R.H. | .20 | $55.00 |
| 2/14/2018 | Drafted and filed return of service. | R.H. | .40 | $110.00 |
| 2/27/2018 | Drafted and filed first Amended Complaint. | R.H. | 2.70 | $742.50 |
| 4/16/2018 | Drafted Motion to Set Status Conference. | R.H. | 1.40 | $385.00 |
| 4/24/2018 | Reviewed Order on Status Conference. | R.H. | .10 | $27.50 |
| 5/15/2018 | Left voicemail for Leo Nguyen | R.H. | .10 | $27.50 |
| 6/22/2018 | Letter to Defendant notifying them of intent to seek Default. | R.H. | .30 | $82.50 |
| 7/2/2018 | Began drafting application for clerk's entry of default. | R.H. | .10 | $27.50 |
| 7/27/2018 | Drafted and filed application for Default. | R.H. | .70 | $192.50 |
| 11/9/2018 | Drafted Motion for Default Judgment. | R.H. | .30 | $90.00 |
| 11/9/2018 | Research on Motion for Default Judgment | R.H. | 1.30 | $390.00 |
| 11/9/2018 | Finalized and filed Application for Default Judgment and Order. | R.H. | .80 | $240.00 |
| 8/7/2019 | Began motion for Default and damages in advance of hearing. | R.H. | .20 | $60.00 |
| 8/13/2019 | Phone call to client. | R.H. | .10 | $30.00 |
| 8/13/2019 | Prepare and file appearance for plaintiff. | R.F.H. | .80 | $380.00 |
| 8/13/2019 | Prepare for default judgment hearings | R.F.H. | 2.00 | $950.00 |
| 8/13/2019 | Brief in Support of Motion for Default Judgment | R.H. | 2.10 | $630.00 |
| 8/13/2019 | Drafted Declaration of Linda McKinney. | R.H. | .70 | $210.00 |

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 8/13/2019 | Meeting with client | R.H. | .30 | $90.00 |
| 8/13/2019 | Emails to and from client. | R.H. | .30 | $90.00 |
| 8/13/2019 | Drafted Proposed Order on Motion for Default Judgment | R.H. | .30 | $90.00 |
| 8/13/2019 | Finalized Motion for Default Judgment | R.H. | .20 | $60.00 |
| 8/13/2019 | Finalized Brief in Support of Motion for Default Judgment | R.H. | .30 | $90.00 |
| SUBTOTAL: | | | 19.60 | $6,122.50 |

**Costs**

| Date | Description | | | Amount |
|---|---|---|---|---|
| 8/13/2019 | Filing Fee | | | $400.00 |
| SUBTOTAL: | | | | $400.00 |

**Matter Ledgers**

SUBTOTAL:

**Trust Account**

| 8/13/2019 | Previous Balance | $0.00 |
|---|---|---|
| Available in Trust: | | $0.00 |

TOTAL $6,522.50

PREVIOUS BALANCE DUE $0.00

CURRENT BALANCE DUE AND OWING $6,522.50