UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LINDA MCKINNEY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Cause No. 1:18-CV-00335-RLY-TAB |
| SUPER BOWL PHO LLC and LEO NGUYEN | ) ) ) ) |
| Defendants. | ) |

**MOTION FOR PROCEEDINGS
SUPPLEMENTAL TO JUDGMENT**

Comes now the Plaintiff, Linda McKinney, by counsel, Robert F. Hunt,, and moves the Court for an Order scheduling a Proceeding Supplemental to Execution in this regard, at which time each Defendant should be required to appear (in person and/or through its designated representative) and answer as to assets available to satisfy the Judgment entered herein on the Order of Default, on August 15, 2019 (Docket Entry 20 and Entry 21).

s/Robert F. Hunt
Robert F. Hunt (#7889-84)

The Law Office of Robert J. Hunt, LLC
1905 South New Market Street, Ste 220
Carmel, Indiana 46032
Telephone:   (317) 743-0614
Facsimile:   (317) 743-0615
E-mail:      rfh@indianawagelaw.com

Attorney for Plaintiff

## *CERTIFICATE OF SERVICE*

      I certify that on December 19, 2019 a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Copies of this pleading were also sent to the following by regular United States mail delivery service.

Super Bowl Pho LLC
c/o Resident Agent Leo Nguyen
112 East Main Street
Westfield, IN 46074

Leo Nguyen
112 East Main Street
Westfield, IN 46074

                                                             /s/ Robert F. Hunt
                                                              Robert F. Hunt