UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LINDA MCKINNEY, | ) |
|        Plaintiff, | ) |
| vs. | ) Cause No. 1:18-CV-00335-RLY-TAB |
| SUPER BOWL PHO LLC and LEO NGUYEN | ) |
|        Defendants. | ) |

**ORDER SCHEDULING HEARING ON MOTION FOR PROCEEDINGS SUPPLEMENT TO AGREED JUDGMENT**

The Court, having examined Plaintiff, Linda McKinney's, Motion for Proceedings Supplemental to Judgment, and having determined that the Motion meets the requirements of law, it is hereby ORDERED as follows:

Super Bowl Pho, LLC is ordered to appear, by a designated representative, and Leo Nguyen is ordered to appear, in person, to answer questions as to each Defendant's assets and funds. The hearing shall occur at Room _____ of the Birch Bayh Federal Building & United States Courthouse, located at 46 East Ohio Street, Indianapolis, IN 46204 on the ____ day of _____, 2020. Each Defendant must be prepared to answer questions about his/its accounts receivable, property, income and profits subject to execution or proceedings supplemental to execution.

SO ORDERED this _____ day of _____, 2020.

                                                          _____
                                                          U.S. District Court Magistrate Judge

Copies to:

Leo Nguyen
112 East Main Street
Westfield, IN 46074

Super Bowl Pho LLC
c/o Resident Agent Leo Nguyen
112 East Main Street
Westfield, IN 46074

Robert F. Hunt (#7889-84)
The Law Office of Robert J. Hunt, LLC
1905 South New Market Street, Ste 220
Carmel, Indiana 46032